IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE J. BROWNLEE,

    Plaintiff,

v.                                    CASE NO. 4:05cv197-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

    This matter is before the court on the magistrate judge's report and recommendation (document 20), the objections thereto (document 21), and the response to the objections (document 22). I have reviewed *de novo* the issues raised by the objections.

    As accurately reflected in the report and recommendation, the record before the administrative law judge established that plaintiff was disabled throughout the period at issue. A remand for further proceedings to determine whether plaintiff was disabled thus is unnecessary. *See, e.g., Davis v. Shalala*, 985 F.2d 528, 534 (11th Cir. 1993) (reversing adverse decision by district court denying benefits and

directing district court to award benefits); *Bowen v. Heckler*, 748 F.2d 629, 631, 636-37 (11th Cir. 1984); *see also* 42 U.S.C. § 405(g) (sentence 4) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.")

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying plaintiff's application for disability benefits is REVERSED.  This cause is REMANDED to the Commissioner for the awarding of benefits.  The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 10th day of April, 2006.

s/Robert L. Hinkle  
Chief United States District Judge
