# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BOBBIE J. BROWNLEE,**

    **Plaintiff,**

vs.                                 **CASE NO. 4:05cv197-RH/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

                              /

## REPORT AND RECOMMENDATION

Pending is Plaintiff's request for an attorney's fee pursuant to the Equal Access to Justice Act and 42 U.S.C. § 406(b), requesting a fee award of $6,228.00. Doc. 25. Defendant and Plaintiff have agreed to a fee award of $5,768.00. Doc. 28.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion, doc. 25, be **GRANTED in part**, and the Commissioner be **ORDERED** to pay Plaintiff's attorney, Robert Jeremy

Solomon, $5,768.00 as a combined fee award pursuant to the Equal Access to Justice Act and 42 U.S.C. § 406(b).

**IN CHAMBERS** at Tallahassee, Florida, on July 11, 2006.

                                   s/    William C. Sherrill, Jr.
                                   **WILLIAM C. SHERRILL, JR.**
                                   **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**