# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BOBBIE J. BROWNLEE,

    Plaintiff,

v.                            CASE NO. 4:05cv197-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 29), the objections (document 30), and the response to the objections (document 32). The only issue is whether the agreed amount of attorney's fees, $5,768, should be awarded solely under the Equal Access to Justice Act, 28 U.S.C. §2812 (as the parties agree), or should be treated as a combined award both under that act and under 42 U.S.C. §406(b) (as set forth in the report and recommendation). I have reviewed *de novo* the matters addressed by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED in part and adopted as the opinion of the court, except that the agreed fees will be awarded solely under the Equal Access to Justice Act. Plaintiff's application for attorney's fees is GRANTED. Defendant shall pay the sum of $5,768 as attorney's fees pursuant to the Equal Access to Justice Act.

SO ORDERED this 14th day of August, 2006.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge

*Case No: 4:05cv197-RH/WCS*