# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BOBBIE J. BROWNLEE,

    Plaintiff,

v.                                CASE NO.  4:05cv197-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 41), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's application for attorney's fees is GRANTED.  The Secretary shall pay to Robert Jeremy Solomon the sum of $19,680.00 as attorney's fees pursuant to the Equal Access to Justice Act.  Plaintiff's counsel shall reimburse plaintiff the fee of $5,768.00 as the fee previously awarded under the Equal Access to Justice Act.

SO ORDERED this 24th day of November, 2006.

                                          <u>s/Robert L. Hinkle</u>
                                          Chief United States District Judge